#### William R. Lane *v.* Leander Marshall *et al.*

The supreme court will not send a cause back to the chancellor, or continue it, on account of the pendency of a bill of review.

There was a motion interposed before the hearing in the present case, to send the whole cause to the chancellor, or else continue the hearing in the case until after the determination of a bill of review pending in the court of chancery in the case.

By the Court. — We have no authority to send this cause back to the chancellor for any such purpose. And there

does not appear to be any cause to delay the hearing of the appeal, in this court, on account of the pendency of the bill of review. The matters are wholly distinct, and this case must, in any event, go back to the court of chancery to carry into effect the final decree, and then the whole matter will be under the control of the chancellor.